# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

AMANDO SMITH,　　　　　　　　　　　　　Case No.: 1:10-cv-621

　　Plaintiff,　　　　　　　　　　　　　　Spiegel, J.
　　　　　　　　　　　　　　　　　　　　　Bowman, M.J.
　　vs.

BRANDON BRENNAN, et al,

　　Defendants.

## ORDER

The Court having received notice on December 19, 2011 that Defendant Metessa Bush has filed a petition under Chapter 7 of the United States Bankruptcy Code (Doc. 36), this case is **STAYED** pursuant to 11 U.S.C. § 362(a).[1] Therefore, the above-captioned case shall be administratively **CLOSED.** The parties are granted leave to move to reinstate the case at such time in the future as the parties deem appropriate.

　　**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　 s/ Stephanie K. Bowman
　　　　　　　　　　　　　　　　　　　　　　　　Stephanie K. Bowman
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Subsequent to Defendant Bush's notice of bankruptcy, the Court inadvertently issued an Order in this case on January 26, 2012.